Eugene Van Ness, William P. Van Ness, Meta H. Hutton, and N. H. Hutton, her husband, Julia J. Van Ness, Gertrude Van Ness, Matilda L. Zinn, and George A. Zinn, and George R. Fairbanks, and L. C. Gracy and A. W. McDonald, partners under the firm name of Gracy & McDonald, Appellants, vs. J. B. Padgett and E. W. Millican, partners trading as Padgett & Millican, Appellees.

Appeal from Circuit Court Alachua county.

*W. W. Hampton*, for Appellants.

*Evans Haile*, for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.